IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 4:22 CR 591 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| PHILIP M. BESHARA, | ) | Sections 1343 and 1349 |
| SAMUEL J. DECARIA, | ) | |
| | ) | **JUDGE CALABRESE** |
| Defendants. | ) | |

FILED OCT 05 2022 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## GENERAL ALLEGATIONS

At all times material to this Information:

1. Defendant PHILIP M. BESHARA was a United States citizen and resident of the Northern District of Ohio.

2. Defendant SAMUEL J. DECARIA was a United States citizen and resident of the Northern District of Ohio.

3. B&B Contractors and Developers, Inc. ("B&B") was an Ohio-based company based in the Northern District of Ohio.

4. First National Bank was a Pennsylvania-based financial institution, as defined in Title 18, United States Code, Section 20, the deposits of which were insured by the Federal Deposit Insurance Corporation.

COUNT 1
(Conspiracy to Commit Wire Fraud, 18 U.S.C. §§ 1343 and 1349)

The First Assistant United States Attorney charges:

5. From on or about March 3, 2006 through on or about September 26, 2016, in the Northern District of Ohio, Eastern Division and elsewhere, Defendants PHILIP M. BESHARA and SAMUEL J. DECARIA and others, known and unknown did: knowingly combine, conspire, confederate, and agree to devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, and attempting to do so, to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signals, signs, pictures, and sounds: that is, to knowingly cause interstate wire communications to be made in furtherance of said scheme and artifice to defraud.

All in violation of Title 18, United States Code Section 1343.

OBJECT OF THE CONSPIRACY

6. It was the object of the conspiracy for BESHARA and DECARIA to enrich themselves by improperly withdrawing and diverting B&B funds to BESHARA.

MANNER AND MEANS OF THE CONSPIRACY

7. It was part of the conspiracy that:

8. BESHARA and DECARIA each participated in the planning and executing of the scheme to obtain money from B&B.

9. BESHARA, while serving as B&B's President, would issue, or cause others, including DECARIA, to issue, checks drawn from B&B's account at First National Bank. These checks were not issued as compensation for BESHARA's employment with B&B. BESHARA

would then either cash those checks or deposit, or cause others to deposit, the amounts associated with those checks into BESHARA's personal bank accounts.

10. It was also part of the conspiracy that BESHARA, while serving as B&B's President, oversaw the evaluation of invoices submitted by sub-contractors who worked on construction projects managed by B&B. BESHARA would cause others to inflate sub-contractors' invoices so that those subcontractors charged B&B an inflated amount for the subcontractors' work. After B&B paid those subcontractors the inflated amount, BESHARA then caused those subcontractors to issue checks for at least a portion of the inflated amount in a manner that allowed BESHARA to retain that money. BESHARA would then deposit, or cause others to deposit, those payments into one of BESHARA's personal bank accounts with First National Bank.

11. DECARIA, while overseeing B&B's accounting department, managed the financial accounts of B&B and knew of, allowed, facilitated, and failed to report BESHARA's fraudulent transactions.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

12. On or about the dates listed below, in the Northern District of Ohio and elsewhere, BESHARA and DECARIA, for the purpose of executing the conspiracy described above, caused the withdrawal transactions, as described below, to be issued from B&B's account:

| Date of Check | Bank of Deposit/ Application | Payee | Account Number (last four digits) | Amount |
|---|---|---|---|---|
| May 22, 2007 | First National Bank ("FNB") | First National Bank ("FNB") | 9197 | $35,000.00 |
| March 7, 2008 | FNB | FNB | 5120 | $80,000.00 |
| May 16, 2008 | FNB | FNB | 9197 | $49,900.00 |
| June 18, 2008 | FNB | FNB | 5120 | $35,000.00 |

| July 18, 2008 | FNB | FNB | 5120 | $49,800.00 |
|---|---|---|---|---|
| August 25, 2008 | FNB | FNB | 5120 | $65,000.00 |
| December 7, 2009 | FNB | FNB | 5125 | $80,000.00 |
| March 29, 2010 | FNB | FNB | 5125 | $50,000.00 |
| April 23, 2010 | FNB | FNB | 5125 | $100,000.00 |
| May 7, 2010 | FNB | FNB | 5125 | $16,000.00 |
| June 2, 2010 | FNB | FNB | 5125 | $12,000.00 |
| August 10, 2010 | FNB | FNB | 9197 | $5,000.00 |
| September 10, 2010 | FNB | FNB | 5125 | $10,000.00 |
| September 21, 2010 | FNB | FNB | 5125 | $3,500.00 |
| September 23, 2010 | FNB | FNB | 9197 | $1,000.00 |
| October 4, 2010 | FNB | FNB | 9197 | $5,000.00 |
| October 7, 2010 | FNB | FNB | 5125 | $90,000.00 |
| November 4, 2010 | FNB | FNB | 5125 | $68,488.95 |
| November 10, 2010 | FNB | FNB | 9197 | $42,760.00 |
| February 21, 2011 | FNB | FNB | 5125 | $4,000.00 |
| February 21, 2011 | FNB | FNB | 5125 | $4,000.00 |
| March 28, 2011 | FNB | FNB | 5125 | $50,000.00 |
| May 12, 2011 | FNB | FNB | 5125 | $31,700.00 |
| May 12, 2011 | FNB | FNB | 5125 | $38,400.00 |
| July 26, 2011 | FNB | FNB | 5125 | $68,000.00 |
| September 21, 2011 | FNB | FNB | 5125 | $75,000.00 |
| October 27, 2011 | FNB | FNB | 5125 | $160,000.00 |
| January 23, 2012 | FNB | FNB | 5125 | $12,500.00 |
| March 5, 2012 | FNB | FNB | 5125 | $120,000.00 |
| August 29, 2012 | FNB | FNB | 5125 | $28,000.00 |
| September 27, 2012 | FNB | FNB | 5125 | $30,000.00 |
| August 15, 2013 | FNB | FNB | 1510 | $30,000.00 |
| September 16, 2013 | FNB | FNB | 1510 | $30,000.00 |
| March 14, 2014 | FNB | FNB | 9197 | $7,500.00 |
| April 7, 2014 | FNB | FNB | 9197 | $4,000.00 |
| June 17, 2015 | FNB | FNB | 1510 | $5,000.00 |
| August 10, 2015 | FNB | FNB | 1510 | $15,800.00 |
| September 9, 2015 | FNB | FNB | 1510 | $6,000.00 |
| September 22, 2015 | FNB | FNB | 5125 | $15,000.00 |
| October 13, 2015 | FNB | FNB | 5125 | $15,000.00 |
| November 12, 2015 | FNB | FNB | 1510 | $19,000.00 |
| December 10, 2015 | FNB | FNB | 1510 | $15,000.00 |
| January 7, 2016 | FNB | FNB | 1510 | $15,000.00 |
| June 14, 2016 | FNB | R.B. | 9197 | $2,250.00 |

13. On or about the dates listed below, in the Northern District of Ohio and elsewhere, BESHARA and DECARIA, for the purpose of executing the conspiracy described above, caused the checks to be issued for amounts related to inflated invoices, as described below:

| Date of Check | Bank of Deposit/ Application | Payee | Account Number (last four digits) | Amount |
|---|---|---|---|---|
| March 3, 2006 | FNB | FNB | 5120 | $3,800.00 |
| April 4, 2006 | FNB | FNB | 5120 | $9,700.00 |
| July 30, 2007 | FNB | FNB | 5120 | $28,000.00 |
| March 7, 2008 | FNB | FNB | 5120 | $12,000.00 |
| August 7, 2008 | FNB | FNB | 5120 | $12,500.00 |
| September 17, 2008 | FNB | FNB | 5120 | $12,500.00 |
| September 24, 2008 | FNB | FNB | 5120 | $12,500.00 |
| November 13, 2008 | FNB | FNB | 5120 | $12,500.00 |
| January 31, 2009 | FNB | FNB | 5120 | $7,000.00 |
| February 19, 2009 | FNB | FNB | 5120 | $4,850.00 |
| June 8, 2009 | FNB | FNB | 5125 | $10,000.00 |
| December 8, 2009 | FNB | FNB | 5125 | $7,500.00 |
| February 4, 2010 | FNB | FNB | 9197 | $5,000.00 |
| May 4, 2010 | FNB | FNB | 9197 | $5,800.00 |
| August 23, 2010 | FNB | FNB | 9197 | $4,000.00 |
| January 7, 2011 | FNB | FNB | 5125 | $4,500.00 |
| January 14, 2011 | FNB | FNB | 5125 | $3,000.00 |
| February 15, 2011 | FNB | FNB | 5125 | $4,000.00 |
| February 15, 2011 | FNB | FNB | 5125 | $4,900.00 |
| March 18, 2011 | FNB | PHILIP M. BESHARA | 9197 | $4,225.00 |
| March 31, 2011 | FNB | FNB | 9197 | $7,290.00 |
| April 19, 2011 | FNB | PHILIP M. BESHARA | 9197 | $3,275.00 |
| June 10, 2011 | FNB | PHILIP M. BESHARA | 9197 | $3,200.00 |
| June 13, 2011 | FNB | FNB | 5125 | $5,000.00 |
| July 13, 2011 | FNB | PHILIP M. BESHARA | 9197 | $4,500.00 |
| August 22, 2011 | FNB | PHILIP M. BESHARA | 9197 | $5,100.00 |
| September 21, 2011 | FNB | FNB | 5125 | $2,738.00 |
| September 23, 2011 | FNB | PHILIP M. BESHARA | 9197 | $4,350.00 |
| November 8, 2011 | FNB | PHILIP M. BESHARA | 9197 | $4,500.00 |
| December 6, 2011 | FNB | PHILIP M. BESHARA | 9197 | $4,500.00 |
| December 27, 2011 | FNB | FNB | 5125 | $3,750.00 |
| March 15, 2012 | FNB | PHILIP M. BESHARA | 9197 | $4,000.00 |
| May 30, 2012 | FNB | PHILIP M. BESHARA | 9197 | $2,000.00 |
| July 16, 2012 | FNB | PHILIP M. BESHARA | 9197 | $4,850.00 |

| | | | | |
|---|---|---|---|---|
| August 28, 2012 | FNB | PHILIP M. BESHARA | 9197 | $4,000.00 |
| May 1, 2012 | FNB | PHILIP M. BESHARA | 9197 | $2,000.00 |
| September 13, 2012 | FNB | FNB | 5125 | $6,120.00 |
| November 29, 2012 | FNB | PHILIP M. BESHARA | 9197 | $3,000.00 |
| April 10, 2013 | FNB | PHILIP M. BESHARA | 9197 | $7,000.00 |
| April 15, 2013 | FNB | FNB | 9197 | $14,130.00 |
| November 8, 2013 | FNB | FNB | 1510 | $2,500.00 |
| December 13, 2013 | FNB | FNB | 1510 | $4,989.00 |
| March 13, 2014 | FNB | FNB | 1510 | $25,000.00 |
| August 22, 2014 | FNB | FNB | 1510 | $3,000.00 |
| October 3, 2014 | FNB | FNB | 1510 | $3,000.00 |
| November 4, 2014 | FNB | FNB | 1510 | $30,000.00 |
| June 18, 2015 | FNB | PHILIP M. BESHARA | 9197 | $7,000.00 |
| August 13, 2015 | FNB | FNB | 1510 | $3,000.00 |
| February 5, 2016 | FNB | FNB | 1510 | $7,800.00 |

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2
(Wire Fraud, 18 U.S.C. § 1343)

The First Assistant United States Attorney further charges:

14. Paragraphs 1 through 4 of this Information are re-alleged and incorporated by reference as it fully set forth herein.

### THE SCHEME

15. On or about June 14, 2016, Defendants PHILIP M. BESHARA and SAMUEL J. DECARIA devised and intended to devise a scheme to defraud B&B, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises.

### EXECUTION OF THE SCHEME

16. On or about the date listed below, in the Northern District of Ohio and elsewhere, Defendants BESHARA and DECARIA, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below:

| Date | Sender / Originating | Recipient / Location | Description |
|---|---|---|---|
| June 15, 2016 | First National Bank, Youngstown, Ohio | First National Bank, Hermitage, Pennsylvania | $2,250.00 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: _____
David M. Toepfer, Deputy Chief
Criminal Division