# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:22-cr-369 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | |
| ) | |
| PHILIP M. BESHARA, ) | |
| ) | |
| and ) | |
| ) | |
| SAMUEL J. DECARIA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

With the consent of the parties, and pursuant to General Order 99-49, this case was referred to the Magistrate Judge for the purpose of accepting changes of plea from each Defendant. The Magistrate Judge has filed his Report and Recommendation. No party filed any objections.

The Court has reviewed the Magistrate Judge's Reports and Recommendations as to each Defendant and the transcript of the change of plea hearings and colloquies. The Court finds that in his careful and thorough proceedings, the Magistrate Judge satisfied all requirements of Rule 11 of the Federal Rules of Criminal Procedure and the United States Constitution. Each Defendant knowingly, intelligently, and voluntarily entered a plea of guilty to Counts 1 and 2 of the information. The Court adopts the Report and Recommendation of the Magistrate Judge as to each

Defendant.  Therefore, the Court accepts the guilty pleas of Mr. Beshara and Mr. Decaria and enters them accordingly.

    **SO ORDERED.**

Dated:  October 31, 2022

                                     J. Philip Calabrese
                                     United States District Judge
                                     Northern District of Ohio